UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-21777-UNGARO/Otazo-Reyes

PEDRO P. BOSCH,

    Plaintiff,

v.

NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,
a foreign corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, The Northwestern Mutual Life Insurance Company, notifies the Court that this case has been settled and the parties are in the process of finalizing the settlement. A Stipulation of Dismissal with Prejudice will be filed with the Court.

Dated: June 21, 2016       PETT FURMAN, PL
                                      Attorneys for Defendant
                                      2101 N.W. Corporate Blvd., Suite 316
                                      Boca Raton, FL 33431
                                      (561) 994-4311
                                      (561) 982-8985 fax

                                      By: ____s/Wendy L. Furman
                                          WENDY L. FURMAN
                                          Fla. Bar No. 0085146
                                          wfurman@pettfurman.com

## **CERTIFICATE OF SERVICE**

   I certify that on June 21, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Carlos A. Ziegenhirt, Esq.
      Carlos A. Ziegenhirt, P.A.
      1190 South LeJeune Road
      Miami, FL 33134
      carlos@caz-law.com

        s/Wendy L. Furman
        Wendy L. Furman