UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-21777-UNGARO/Otazo-Reyes

PEDRO P. BOSCH,

    Plaintiff,

v.

NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,
a foreign corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before this Court upon the parties' Stipulation of Dismissal with Prejudice, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the action is dismissed with prejudice, including all claims that were or could have been raised in this action. Each party shall bear its own costs and attorney's fees.

DONE AND ORDERED this 23rd day of June, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished:
All Counsel of Record